JOSEPH W. SUTTON, APPELLANT, v. LE ROY S. CHAMPION, COLLECTOR OF TAXES, RESPONDENT.

Argued March 17, 1925—Decided May 18, 1925.

On appeal from the Supreme Court, whose *per curiam* is printed in 2 *N. J. Mis. R.* 1135.

For the appellant, *Walter H. Bacon.*

For the respondent, *Louis H. Miller.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, BLACK, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, MCGLENNON, KAYS, JJ. 11.

*For reversal*—None.